UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Earl Howard Talbot, Sr. and Mary Elizabeth Talbot**

a/k/a Earl H Talbot, Mary E. Talbot, Mary E. Fortenberry, Mary E. Forten Berry

S.S. Nos.: xxx-xx-1701 and xxx-xx-0371

Mailing Address: 1314 Bobolink Road, Sanford, NC 27330-

Case No. 08-81448

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on September 30, 2008.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: October 14, 2008

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
(EASTERN OR MIDDLE DISTRICT - DEBT BUSTER)

Date: 9/26/08
Lastname-SS#: Talbot-0701

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Household Bank | 2 | 2008 Ford Taurus |
| Wells Fargo | 4 | House and Lot |
| | | |
| | | |
| | | |
| | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Citifinancial Auto | Toyota |
| | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS ON RETAINED COLLATERAL

| Creditor Name | Sch D # | Arrearage Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

## STD - SECURED DEBTS (Retain Collateral & Pay FMV Of Collateral)

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

## STD - SECURED DEBTS & 910 CLAIMS (Pay 100%)

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

## ATTORNEY FEES (Unpaid part) | Amount
| Law Offices of John T. Orcutt, P.C. | $2,500 |

## SECURED TAXES | Secured Amount
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

## UNSECURED PRIORITY DEBTS | Amount
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $159 |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%) Int.% | Payoff Amount
| N/A | |

## GENERAL NON-PRIORITY UNSECURED | Amount to Pay*
| DMI = None($0) | |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ 199 /mo for 36 months, then

$ N/A /mo for N/A months.**

### Definitions

Sch D # = The number of the secured debt as listed on Schedule D.

Int. Rate = Interest Rate = Trustee's rate = Till rate.

Adequate Protection = Monthly 'Adequate Protection' payment amt.

* = DMI x total no. of months of plan

** = Plan duration is subject to "Duration of Chapter 13 Plan" provision.

Chap13_Plan_Debt_Buster (rev. 2/22/07)  © John T. Orcutt  (Page 4 of 4)

## Other Miscellaneous Provisions
Please allow three waivers upon request.

Case 08-81448  Doc 1  Filed 09/30/08  Page 33 of 81

# CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
_____
Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Citifinancial Auto
Bankruptcy Department
PO Box 9578
Coppell, TX 75019-9578

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Absolute Collection Service
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Credit Bureau of Durham
Post Office Box 530
Durham, NC 27702-0530

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Capital One
Post Office Box 30285
Salt Lake City, UT 84130-0285

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Duke Private Diagnostic Clinic
Post Office Box 530
Durham, NC 27702-0530

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

Capital One Bank
Attn: Bankruptcy Department
Post Office Box 85167
Richmond, VA 23285-5167

Exxon-Mobil
Credit Card Center
Post Office Box 688940
Des Moines, IA 50368-8940

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Capital One Bank
15000 Capital One Drive
Richmond, VA 23238-1119

First Point Collection Resources
Post Office Box 26140
Greensboro, NC 27402-6140

Experian
P.O. Box 2002
Allen, TX 75013-2002

Central Carolina Hospital
Post Office Box 740778
Atlanta, GA 30374-0778

Franklin Hargett
1413 Greenway Court
Sanford, NC 27330

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Chase
Post Office Box 15298
Wilmington, DE 19850-5298

Gold Key Credit
Post Office Box 15670
Brooksville, FL 34604-0122

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Chase
P.O. Box 78420
Phoenix, AZ 85062-8420

Gold Key Credit
16070 Aviation Loop Drive
Brooksville, FL 34604

Good Hope Hospital
Post Office Box 668
Erwin, NC 28339-0668

HSBC
Post Office Box 80084
Salinas, CA 93912

HSBC Auto Finance
Post Office Box 5218
Carol Stream, IL 60197-5218

HSBC BANK NV
Post Office Box 98701
Las Vegas, NV 89193-8701

HSBC Card Services
Post Office Box 80084
Salinas, CA 93912-0084

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

J.L. Walston & Associates
1530 N. Gregson Street
Durham, NC 27701-1155

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

LabCorp (Laboratory Corporation)
Post Office Box 2240
Burlington, NC 27216-2240

LCA Collections
Post Office Box 2240
Burlington, NC 27216-2240

Lee County Tax Collector
106 Hillcrest Drive
P.O. Box 1968
Sanford, NC 27331-1968

Lowe's
Post Office Box 981401
El Paso, TX 79998-1401

Lowe's
Post Office Box 981064
El Paso, TX 79998-1064

Medclear Inc.
507 Prudential Road
Horsham, PA 19044

Merrick Bank
Post Office Box 9201
Old Bethpage, NY 11804-9201

Mid Carolina Radiology
Post Office Box 1007
Sanford, NC 27331-1007

NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002

NCO Financial Services
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems
Post Office Box 4911
Department DD
Trenton, NJ 08650

NCO Financial Systems, Inc.
Post Office Box 15630
Dept 12
Wilmington, DE 19850

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611

Online Collections
202 West Firetower Road
Winterville, NC 28590-8412

Sams Club
Post Office Box 981064
El Paso, TX 79998-1064

Sams Club
Post Office Box 981401
El Paso, TX 79998-1401

Sanford Emergency Group
1175 Devin Drive
Suite 308
Norton Shores, MI 49441

Sanford Sandhills Emergency Phy
Post Office Box 48305
Jacksonville, FL 32247-8305

Sears
Post Office Box 6283
Sioux Falls, SD 57117-6283

Sears National Bankruptcy Center
Post Office Box 20363
Kansas City, MO 64195-0363

Security Collection Agency
Post Office Box 910
Edenton, NC 27932

Shell Gasoline Card Center
Post Office Box 689151
Des Moines, IA 50368-9151

Shell/Citi
% Citicorp Credit Services Inc
P.O. Box 6003
Hagerstown, MD 21747-6003

Syndicated Office Systems
ATTN: CRU
Post Office Box 66051
Anaheim, CA 92816-6051

US Attorney's Office
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Veterans Administration
Regional Office
251 North Main Street
Winston-Salem, NC 27155

Washington Mutual
Post Office Box 100576
Florence, SC 29502-0576

Washington Mutual Card Services
Post Office Box 9016
Pleasanton, CA 94566-9016

Wells Fargo Home Mortgage
Post Office Box 1819
Newark, NJ 07101-1819

Wells Fargo Home Mortgage **
1 Home Campus
Des Moines, IA 50329

Wells Fargo Home Mortgage**
Post Office Box 10335
Des Moines, IA 50306-0335

Wells Fargo Home Mortgage, INC**
2701 Wells Fargo Way
Minneapolis, MN 55467-8000

Western Medical Group
Post Office Drawer B
Mamers, NC 27552