C13-20a(FTP)
(Rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Earl H. Talbot, Sr.  )   **DISMISSAL ORDER**
      Mary E. Talbot  )   **CHAPTER 13**
                               )
                               )   No:  B-08-81448 C-13D
                               )
             Debtor(s)    )

After notice and hearing in open Court on  December 30 , 20 10 , upon Motion to Dismiss this case by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court directed that the Clerk enter the following Order of Dismissal; therefore, it is

ORDERED that the male Debtor, Earl H. Talbot, Sr., is dismissed due to death; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice with the balance of the funds to be disbursed pursuant to the confirmed plan; and, it is further

ORDERED that the female Debtor's, Mary E. Talbot, case is not dismissed and the Trustee's Motion is denied.

**PARTIES IN INTEREST**
Page 1 of 1
08-81448 C-13D

Earl H. Talbot, Sr.
Mary E. Talbot
1314 Bobolink Rd.
Sanford, NC 27330

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702