UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:
**Mary Elizabeth Talbot**

Soc Sec No.: xxx-xx-0371
Address: 1314 Bobolink Road , Sanford , NC 27330-

Case No. 08-81448

Debtor

## CERTIFICATE OF SERVICE
## (STATEMENT OF INTENTION)

I, Melissa Weaver, of the Law Offices of John T. Orcutt, P.C., the attorney for the Debtor, do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on the date set forth below, I served a copy of the foregoing **STATEMENT OF INTENTION** in this converted case upon each secured creditor named in the Statement of Intention by depositing a copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, properly addressed to each such creditor.

Dated: January 13, 2011

                                                             s/ Melissa Weaver
                                                             Melissa Weaver